RHP BEARINGS LTD., NSK BEARINGS EUROPE LTD., NSK CORP., BARDEN CORP. (U.K.) LTD., BARDEN CORP., AND FAG BEARINGS CORP., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO., DEFENDANT-INTERVENOR

Consolidated Court No. 97–11–01983

(Dated August 20, 2001)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, *RHP Bearings Ltd. v. United States,* 25 CIT 127, Slip Op. 01–18 (Feb. 23, 2001) ("Remand Results"), and Commerce having complied with the Court's remand, it is hereby

ORDERED that the Remand Results filed by Commerce on May 18, 2001, are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.